**SEALED DOCUMENT**    U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## DISTRICT OF NEW HAMPSHIRE

2007 SEP -7 P 2: 53

UNITED STATES OF AMERICA

v.

DANIEL RILEY

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 mj 55-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 2007 to June 2007__ in __Sullivan__ county, in the District of New Hamsphire defendant(s) did, (Track Statutory Language of Offense)

(a) knowing that an offense against the United States had been committed, received, relieved, comforted or assisted the offender in order to hinder or prevent the offender's apprehension, trial or punishment; (b) conspired with at least one other person to prevent by force, intimidation, or threat, an official of the United States from discharging his duties to the United States; and (c) in relation to and in furtherance of a crime of violence, used and carried a firearm.

in violation of Title __18__ United States Code, Section(s) __3, 372 and 924(c)__.

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following facts:
                              Official Title

See Attached Affidavit.

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 7, 2007                at    Concord, New Hampshire
Date                                    City and State

Magistrate Judge James R. Muirhead        _____
Name & Title of Judicial Officer            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.