UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                      Criminal No. 07-cr-189-01-GZS

Daniel Riley


                                ORDER

        Re: Document No. 292, Motion for Right of Defense Against
Unlawful Arrest, Lawful Constructive Notice

        Ruling: Denied.  At trial, defendant will be permitted to
introduce all relevant evidence.  Defendant Riley shall not be
permitted to introduce evidence that the United States acted
unlawfully based on the material included in this motion.  If
Defendant Riley has other evidence of unlawful conduct on the part
of the United States, he shall bring such evidence to the Court's
attention and give the Court the opportunity to rule on its
admissibility before attempting to offer it at trial.


                                        /s/ George Z. Singal
                                       George Z. Singal
                                       Chief Judge

Date:  March 12, 2008

cc:  U. S. Attorney
     Daniel Riley, pro se