Warren B. Rudman Federal Courthouse    April 14, 2011
Clerk's Office, Room 110
55 Pleasant Street            2011 APR 18 A 11:47
Concord, NH 03301

Re: Docket No. 07-CR-189-02-GZS

Dear Clerk,

I would like to join on my codefendant's motion for a New Trial and/or Dismissal of Charges that was filed on April 8, 2011. I am aware that this motion had a 3-year time limit to be filed that expired on April 9, 2011. However, I in good faith tried to meet this deadline but was hindered at every step. Enclosed is a letter from my appellate court attorney, Paul M. Glickman, which just so happens to be dated the 8th of April, where he states he no longer represents me. I was given the same answer from my trial attorney.

Due to my inexperience, lack of funds, and complete seclusion from society it was impossible for me to get the proper documents in order to file such a motion on my own. To this day I have not heard the audio tape that was made months ago concerning the matters Riley brought forth. I also ask that this court grant me counsel to assist me in these matters for the reasons mentioned above.

All of the above is accurate to the best of my knowledge.

Sincerely,
Jason Gerhard 20229-045
FCI Fairton
P.O. BOX 420
Fairton, NJ 08320

*Jason Gerhard*